**In the Matter of Richard P. MULE.**

**No. 765 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Sept. 26, 2002.

## ORDER

PER CURIAM.

AND NOW, this 26th day of September, 2002, Richard P. Mule having been disbarred by consent from the practice of law in the State of New Jersey by Order of the Supreme Court of New Jersey dated April 2, 2002; the said Richard P. Mule having been directed on July 25, 2002, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Richard P. Mule is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.